55 A.3d 101

Terrell STRONG, a/k/a Vincent Davis, Appellant

v.

COMMONWEALTH of Pennsylvania, Thomas W. Corbett, Jr., In His Official Capacity as Governor of the Commonwealth of Pennsylvania; William H. Ryan, Jr., In His Official Capacity as Attorney General of the Commonwealth of Pennsylvania; Jim Cawley, President of the Senate; and Samuel H. Smith, Speaker of the House, Appellees.

Supreme Court of Pennsylvania.

Oct. 16, 2012.

Terrell Strong, pro se.

John Bartley Delone, Office of the Attorney General, Appellate Litigation Section, Harrisburg, for Thomas W. Corbett and William Ryan H. Jr.

Jarad Wade Handelman, PA. Governors Office, Harrisburg, for Jim Cawley.

Kenneth Lawson Joel, PA. Office of the Attorney General, Harrisburg, for William H. Ryan, Jr.

Karl Stewart Myers, Stradley, Ronon, Stevens & Young, L.L.P., Philadelphia, for Samuel H. Smith.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2012, the order of the Commonwealth Court is hereby AFFIRMED.